IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. DUDA,<br><br>    Plaintiff,<br><br>v.<br><br>CH2M HILL, INC.,<br><br>    Defendant.<br>_____ / | No. C 07-01817 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 9, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 30, 2008.

DESIGNATION OF EXPERTS: Pltf: 6/6/08; Deft: 6/20/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 18, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 1, 2008;

    Opp. Due August 15, 2008;  Reply Due August 22, 2008;

    and set for hearing no later than September 5, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 14, 2008 at 3:30 PM.

JURY TRIAL DATE: October 27, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete private mediation by October 31, 2007.  Counsel shall inform the Court of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/30/07

                                                            */s/ Susan Illston*
                                                         SUSAN ILLSTON
                                                         United States District Judge