ROBERT S. AARON (SB# 138903)
AARON & WILSON LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone: (415) 438-7800
Facsimile: (415) 438-7808
Email: rsaaron@aaron-wilson.com

Attorney for Plaintiff
BRUCE A. DUDA

HEATHER N. MITCHELL (SB# 247509)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: heathermitchell@paulhastings.com

ELENA R. BACA (SB# 160564)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: elenabaca@paulhastings.com

Attorneys for Defendant
CH2M HILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. DUDA,<br><br>        Plaintiff,<br><br>vs.<br><br>CH2M HILL, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. CV 07-01817 SI<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** |

CV 07-01817 SI        - 1 -

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  Pursuant to Civil Local Rule 16-2(d), Plaintiff Bruce A. Duda and Defendant
2  CH2M Hill, Inc. (collectively, "the parties"), through their undersigned attorneys, hereby
3  stipulate and jointly apply to the Court as follows:

5  WHEREAS, a Case Management Conference in this case is scheduled on July 11,
6  2008;

8  WHEREAS, there have been no significant developments in this case since the
9  most recent Case Management Conference on March 7, 2008;

11 WHEREAS, the parties were scheduled to participate in a Mandatory Settlement
12 Conference on May 16, 2008; and

14 WHEREAS, the parties' Mandatory Settlement Conference has been rescheduled
15 for August 1, 2008,

17 THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that
18 the Case Management Conference scheduled on July 11, 2008, be continued until August 8, 2008,
19 following the August 1, 2008, Mandatory Settlement Conference.

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

IT IS SO STIPULATED.

DATED: June 26, 2008

AARON & WILSON LLP
ROBERT S. AARON

By: _____
ROBERT S. AARON

Attorneys for Plaintiff
BRUCE A. DUDA

DATED: June 26, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ELENA R. BACA
HEATHER N. MITCHELL

By: _____
HEATHER N. MITCHELL

Attorneys for Defendant
CH2M HILL, INC.

# [PROPOSED] ORDER

The Court, having reviewed the Stipulation herein, finds that good cause exists and hereby orders as follows:

1. The Case Management Conference shall be held on August ~~8~~ 29, 2008 at 2:30 p.m.

2. The parties shall file a joint case management statement no later than ~~July 29~~ Aug. 15, 2008.

IT IS SO ORDERED.

DATED: _____, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE