1  ROBERT S. AARON (SB# 138903)
   AARON & WILSON LLP
2  150 Post Street, Suite 400
   San Francisco, California 94108
3  Telephone:   (415) 438-7800
   Facsimile:   (415) 438-7808
4  Email: rsaaron@aaron-wilson.com

5  Attorney for Plaintiff
   BRUCE A. DUDA
6
   HEATHER N. MITCHELL (SB# 247509)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
8  Twenty-Fourth Floor
   San Francisco, California 94105-3441
9  Telephone:   (415) 856-7000
   Facsimile:   (415) 856-7100
10 Email: heathermitchell@paulhastings.com

11 ELENA R. BACA (SB# 160564)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
12 515 South Flower Street
   Twenty-Fifth Floor
13 Los Angeles, California 90071
   Telephone:   (213) 683-6000
14 Facsimile:   (213) 627-0705
   Email: elenabaca@paulhastings.com
15
   Attorneys for Defendant
16 CH2M HILL, INC.

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

20

| BRUCE A. DUDA, | CASE NO. CV 07-01817 SI |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** |
| vs. | |
| CH2M HILL, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

CV 07-01817 SI
LEGAL_US_W # 59751047.1
- 1 -

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

Pursuant to Civil Local Rule 16-2(d), Plaintiff Bruce A. Duda and Defendant CH2M Hill, Inc. (collectively, "the parties"), through their undersigned attorneys, hereby stipulate and jointly apply to the Court as follows:

WHEREAS, a Case Management Conference in this case is scheduled on August 29, 2008;

WHEREAS, there have been no significant developments in this case since the most recent Case Management Conference on March 7, 2008; and

WHEREAS, the parties are close to resolving this matter;

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that the Case Management Conference scheduled on August 29, 2008, be continued until September 22 ~~12~~, 2008.

IT IS SO STIPULATED.

DATED: August 15, 2008  AARON & WILSON LLP
ROBERT S. AARON

By: /s/    ROBERT S. AARON
          ROBERT S. AARON

Attorneys for Plaintiff
BRUCE A. DUDA

DATED: August 15, 2008  PAUL, HASTINGS, JANOFSKY & WALKER LLP
ELENA R. BACA
HEATHER N. MITCHELL

By: /s/    HEATHER N. MITCHELL
          HEATHER N. MITCHELL

Attorneys for Defendant
CH2M HILL, INC.

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation herein, finds that good cause exists and hereby orders as follows:

1. The Case Management Conference shall be held on September ~~12~~ 22, 2008 at 2:30 p.m.

2. The parties shall file a joint case management statement no later than September 5, 2008.

IT IS SO ORDERED.

DATED: _____, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 59751047.1

- 4 -

JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER