ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:  (415) 438-7800
Facsimile:   (415) 438-7808
Email: rsaaron@aaron-wilson.com

**Attorneys for Plaintiff**
BRUCE A. DUDA

ELENA R. BACA (SB# 160564)
HEATHER N. MITCHELL (SB# 247509)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100
Email: elenabaca@paulhastings.com
       heathermitchell@paulhastings.com

**Attorneys for Defendant**
CH2M HILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. DUDA, | Case No. C07-01817 SI |
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE; [PROPOSED] ORDER** |
| v. | |
| CH2M HILL, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 16-2(d), Plaintiff Bruce A. Duda and Defendant CH2M Hill, Inc. (collectively, "the parties"), through their undersigned attorneys, hereby stipulate and jointly apply to the Court as follows:

1

1     WHEREAS, a Case Management Conference in this case is scheduled on September 22, 2008;

    WHEREAS, there have been no significant developments in this case since the most recent Case Management Conference on March 7, 2008; and

    WHEREAS, the parties are close to resolving this matter;

    THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that the Case Management Conference scheduled on September 22, 2008, be continued until October 6, 2008.

    IT IS SO STIPULATED.

DATED: September 19, 2008    AARON & WILSON LLP
ROBERT S. AARON

By: _____
    ROBERT S. AARON

Attorneys for Plaintiff
BRUCE A. DUDA

DATED: September 19, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP
ELENA R. BACA
HEATHER N. MITCHELL

By: _Heather Mitchell_____
    HEATHER N. MITCHELL

Attorneys for Defendant
CH2M HILL, INC.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having reviewed the Stipulation herein, finds that good cause exists |
| 3 | and hereby orders as follows: |
| 4 | 1. The Case Management Conference shall be held on October 10, 2008 at |
| 5 | 2:30 p.m. |
| 6 | 2. The parties shall file a joint case management statement no later than |
| 7 | September 29, 2008. |
| 8 | IT IS SO ORDERED. |
| 9 | DATED: September 19, 2008 |

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

NO FURTHER CONTINUANCES WILL BE GRANTED