ROBERT S. AARON (SBN 138903)
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:  (415) 438-7800
Facsimile:   (415) 438-7808
Email:        rsaaron@aaron-wilson.com

**Attorneys for Plaintiff**
BRUCE A. DUDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE A. DUDA, | Case No. C07-01817 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| CH2M HILL, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  September 26, 2008         AARON & WILSON, LLP

By _____
ROBERT S. AARON
**Attorneys for Plaintiff**
BRUCE A. DUDA

Dated:  October 8, 2008            PAUL, HASTINGS, JANOFSKY & WALKER LLP

By _Elena Baca/HM_____
ELENA R. BACA
**Attorneys for Defendant**
CH2M HILL, INC.

*IT IS SO ORDERED*
*Judge Susan Illston*

1

Stipulation of Dismissal – C07-01817 SI